# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142885

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JERRY MORTON,
     Defendant-Appellant.
_____/

SC: 142885
COA: 302179
Jackson CC: 06-004717-FC

On order of the Court, the application for leave to appeal the March 24, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

                      Clerk

h0718